UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

James P. Dillman

vs.

St. Lucie County Sheriffs Office

Ken J. Mascara

Christopher Jardin

Detective Brady

FILED BY_____D.C.

NOV 2 5 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## I. Party Information

A. Plaintiff: *James P. Dillman*

    Address:    *6425 Murray Hill Drive*

                    *Tampa, Florida 33615*

    *Year* of Birth: 1949

vs.

See enclosed Defendants List "B"

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not idude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See attached page II

_____

_____

_____

_____

_____

_____

_____

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Seeking the following damages:

Personal Costs:         $5,000.00
Pain and Suffering    $100,000.00
Punitive Damages    $100,000.00

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?     X Yes     ___ No

Signed this 22 day of NOVEMBER 20 20

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 22 NOV. 2020

_____
Signature of Plaintiff

DEFENDANTS (B):

St Lucie County Sheriffs Office

4700 Midway Road

Fort Pierce, St Lucie County

Florida 34981


Ken J. Mascara

Sheriff- St Lucie County

4700 Midway Road

Fort Pierce, St Lucie County

Florida 34981


Christopher Jadin

St Lucie County Police Officer

4700 Midway Road

Fort Pierce, St Lucie County

Florida 34981


Detective Brady

Detective- St Lucie County Sheriffs Office

4700 Midway Road

Fort Pierce, St Lucie County

Florida 34981

**II Statement Of Claim**

1. In the spring of 2017, James Dillman III operated an amusement on the James E. Strates Shows carnival. He was the owner of said amusement which required the use of a Class 8 semi-truck to move it between locations. He also owned a RV-style travel trailer as a personal living quarters at the time.

2. On February 20, 2017, he asked his father, James P. Dillman (the plaintiff) to drive the unit from Kissimmee, Florida to the St. Lucie fairgrounds in near Ft. Pierce, Florida. Upon arrival, he went to the fair office to procure a parking space for his trailer in the fairs' trailer park. This entailed a rental cost of approximately $350 for the length of the fair.

3. After driving the unit there, his father was staying with him in his travel trailer. His father had no duty to help in the operation, and was simply a temporary visitor.

4. Mr. Dillman, a 67 year old retired man who lived in Tampa, Florida retired to his son's trailer for a few days, as he was scheduled for an airplane flight later during the fair.

5. The following narrative was written by Mr. Dillman on February 23rd of 2017 in order to keep a close record of the happenings that day:

"At approximately 1550 hours on February 22, 2017, I was resting, lying in my bed in our travel trailer, when I was disturbed by a young lady telling me that the police were surrounding the area and were requiring everyone to produce identification cards. Half awake, I told her that it would be an illegal search, and to tell them to "go to hell". A few seconds later, she returned with the news that I had to come out and produce the identification. At the time, it had just stopped raining and was dressed in shorts and socks, with no shirt. As I opened the door I observed a number of police officers dressed in fatigues and corralling people to check their "papers". After feeling unjustly disturbed in my rest, I opened the door and stood on the step. I said something to the effect of "you're looking for ID?"

**II Statement Of Claim**

The officer nodded his head "yes" and may have mumbled something to that effect. I immediately said "Fuck You" in a loud voice. "That's an illegal search." I said. The officer then said something about "Jessica's Law", but I didn't understand what he meant. I repeated that I would not submit myself to an illegal search. He then said, "Do you want to go to jail?" in a threatening tone, whereas I said "Fine, let's go!" He became quite disturbed that I was willing to go to jail on such a minor offense, but the bullheadedness in me made this a confrontation that I would not back down from. As we walked across the dirt road to his car, I mentioned that I had my wallet with identification with me. I was at that time perfectly willing to go to jail, when I remembered some repairs I was to do for my son. Still feeling unjustly pressured, I pulled my driver's license from my wallet and handed it to him. Still not knowing why I had been accosted, I pulled out my concealed carry card and hollered loudly
"I got a concealed carry card, too. I outta shoot you." Remember, I am shirtless, wearing shorts and socks and obviously have no weapon as I am soaking wet and my pants are flat against my body. At this point the officer, with help, grabbed me from my back and threw me against the left rear corner of his car, breaking the plastic taillight lens with my head. He yelled at me "OK, asshole, you've just committed a felony." Then I felt a sharp pain in my back as I was kidney-punched by one or more officers. As my head moved slightly, it was again slammed into the taillight lens with my right cheek. I was handcuffed and turned around
to see that a large crowd of both police and fair people were watching. At that time it was noted that I had blood running from my left wrist, and someone asked if I needed attention to it. At that time my adrenalin was running so high that I would have refused help even if my fingers had been cut off. At that time, the arresting officer noticed a cut on his hand. I said "Good" which was then repeated throughout the circle of police. "He said 'Good'," I heard one of them say. I was turned around and my arms were handcuffed in front. After a length of time standing, an officer said "let's get him out of the weather." I was then escorted to a marked sheriff's vehicle and placed in the back seat. After I sat in the car for a short time, I was removed and placed in another car for transportation. A shirt was brought to me, but I was unable to put it on.

We proceeded to the St. Lucie jail where I was searched, x-rayed, and placed in a cell. The duty officer asked me where my shoes were, as my feet were soaked. He then got me a pair to wear. I was fingerprinted, photographed and told to change into an inmate shirt. I was led to a cell

**II Statement Of Claim**

with a telephone and at that time called my son to post bail. I then proceeded to lie down on the concrete bench and close my eyes and rest. I felt some pain in my lower back and found that my bladder was full. I urinated 4 different times with a volume each time more than Ihave released in years. I examined the urine for signs of blood, but didn't see any. As I moved around, I began to notice many points of pain, especially in my side. Every now and then a muscle spasm would cause a sharp pain in my right side, causing me to groan in pain. After a time, I was removed from the cell and told my bail had been paid. I checked out of the facility and sat on a bench outside, doubling up in pain whenever I moved or had a muscle spasm.

After sitting out there for a few hours, my son arrived to pick me up and take me home. I was in a lot of pain, and didn't fall asleep until after 0300. I then would wake up sporadically throughout the night.

By morning the pain had increased to the point that I had my son drive me to the emergency room at Lawnwood Medical Center. I checked myself in and was given treatment including x-rays and a cat scan. It was determined that I had received two broken ribs, was given a number of prescriptions and released. I returned home around 1230 and have been bedridden ever since."


Written on Feb 23, 2017 at 1500 hours.
James Patton Dillman


6. The following was added as a postscript later:

Feb 24,2017 at 1817:
"While giving myself a much-needed shave, I noticed two bruises above my eyes. This was the first time I have used a mirror since Wednesday, so I documented them, also. This is from my head smashing the taillight"

7. Mr. Dillman was subsequently charged with the following:
    784.011 MS2557   Simple assault intent threat to do violence
    843.02  MF3143   Resist Officer Obstruct w/o violence

8. He was taken to the St. Lucie County jail as indicated in his writing above.

**II Statement Of Claim**

9. On February 24,2017, Mr. Dillman contacted attorney Brian H. Mallonee of Ft. Pierce and hired him at a fee of $3500.00 to represent him on the criminal charges levied against him.

10. Mr.Dillman was later notified of a Court Date of July 17, 2017 at Ft. Pierce under Case No. 2017MM000509 A.

11. As Mr. Dillman was on vacation in New York State in July of 2017, he purchased an airline ticket to return to Florida for this date.

12. At some time during the case, charge of "784.011 MS2557    Simple assault intent threat to do violence" was dropped, leaving only "843.02 MF3143    Resist Officer Obstruct w/o violence" as the charge.

13. On or after July 11, 2017, Mr. Dillman was notified that the District Attorney had filed a "Nolle Prosequi" on the single charge of Resist Officer.

14. Mr. Dillman later contracted with the firm of Rudenberg and Glaser P.A. to represent him in a lawsuit against the above-named defendants.

15. In later contact with the above named law firm, it was recommended that Mr. Dillman proceed with his case pro se.





